**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JAMAL DAMON HENDRIX, | ) | 3:18-cv-00244-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | February 13, 2019 |
| STEPHANIE RAY, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KATIE LYNN OGDEN</u>  REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

The Office of the Attorney General did not accept service of process on behalf of Defendant **Steven W. Klomp,** who is not an employee of the Nevada Department of Corrections (ECF No. 15) but is represented as being an independent contractor (dentist) with the Ely State Prison. However, at the court's hearing of today, the court has identified Steven W. Klomp's address as follows:

> Steven W. Klomp, DMD
> 450 E. Main
> Panaca, NV 89042

The Clerk shall issue a summons for **Steven W. Klomp** and send the same to the U.S. Marshal with the address listed above. The Clerk shall also send one (1) copy of the court's Screening Order (ECF No. 7), one (1) copy of the Complaint (8), and one (1) copy of this Order to the U.S. Marshal for service on the Defendant. The Clerk shall also send to Plaintiff one (1) USM-285 form. Plaintiff shall have until **Friday, March 8, 2019,** to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, Room 201, Reno, Nevada 89501.

If Plaintiff fails to follow this order, Defendant **Steven W. Klomp** may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>     /s/     </u>
Deputy Clerk