AARON D. FORD
  Attorney General
IAN E. CARR, Bar No. 13840
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1259
E-mail: icarr@ag.nv.gov

*Attorneys for Defendants Stewart Boyer,
Gloria Carpenter, Thomas Quinlan,
Daniel Esquivel, Melissa Travis,
Alan Richardson, Jamie Ciciliano,
Denita Munster, Stephanie Ray,
Emmanuel Garcia, Christopher Kalis,
Debra Boone-Sharp, Ashley Herrera,
George Davis, Romeo Aranas,
Gunner Cardinal, Javier Maldonado,
Jessica Kinterknecht, and Steve Klomp*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX, | Case No. 3:18-cv-00244-MMD-WGC |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO DISMISS DEFENDANT STEWART BOYER WITH PREJUDICE (ECF No. 64)** |
| STEPHANIE RAY, et al., | |
| Defendants | |

Plaintiff, Jamal Damon Hendrix, appearing *pro se*, and Defendants, Stewart Boyer, Gloria Carpenter, Thomas Quinlan, Daniel Esquivel, Melissa Travis, Alan Richardson, James Ciciliano, Denita Munster, Stephanie Ray, Emmanuel Garcia, Christopher Kalis, Debra Boone-Sharp, Ashley Herrera, George Davis, Romeo Aranas, Gunner Cardinal, Javier Maldonado, Jessica Kinterknecht and Dr. Steve Klomp (Defendants), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Ian E. Carr, Deputy Attorney General, hereby stipulate and agree to dismiss Defendant Stewart Boyer from this case, with prejudice.

1

Plaintiff wishes to voluntarily dismiss Defendant Stewart Boyer from this case, with prejudice. *See* ECF No. 63 at 1. Pursuant to the Court's Order and Federal Rule of Civil Procedure 41(a), Defendants agree and stipulate to voluntarily dismiss Defendant Stewart Boyer from this case, with prejudice. *See* ECF No. 64.

Therefore, the parties respectfully request the Court grant their Joint Stipulation and dismiss Defendant Stewart Boyer from this case, with prejudice. *See* FED. R. CIV. P. 41(a).

* * *

DATED this 14th day of May, 2019.   DATED this 22ND day of May, 2019.

AARON D. FORD
Attorney General

By: /s/ Jamal Damon Hendrix    By: /s/ Ian Carr
JAMAL DAMON HENDRIX #1083418    IAN CARR
*Plaintiff, Pro Se*    Deputy Attorney General
　　　　　　　　　　　　　　　　　Bureau of Litigation
　　　　　　　　　　　　　　　　　Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
**U.S. DISTRICT JUDGE**

**DATED:** May 22, 2019

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 22nd day of May, 2019, I caused to be deposited for mailing a true and correct copy of the foregoing, **JOINT STIPULATION TO DISMISS DEFENDANT STEWART BOYER WITH PREJUDICE (ECF No. 64)** to the following:

JAMAL DAMON HENDRIX #1083418
ELY STATE PRISON
PO BOX 1989
ELY, NV 89301

*Connie L. Ison* (signature)
An employee of the
Office of the Attorney General