AARON D. FORD
  Attorney General
IAN E. CARR, Bar No. 13840
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1259
E-mail: icarr@ag.nv.gov

*Attorneys for Defendants,*
*Gloria Carpenter, Thomas Quinlan,*
*Daniel Esquivel, Melissa Travis,*
*Alan Richardson, Jamie Ciciliano,*
*Denita Munster, Stephanie Ray,*
*Emmanuel Garcia, Christopher Kalis,*
*Debra Boone-Sharp, Ashley Herrera,*
*George Davis, Romeo Aranas,*
*Gunner Cardinal, Javier Maldonado,*
*Jessica Kinterknecht, Steve Klomp,*
*and Joshua Sasser*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>                Plaintiff,<br><br>v.<br><br>STEPHANIE RAY, et al.,<br><br>                Defendants | Case No. 3:18-cv-00244-MMD-WGC<br><br>*CORRECTED*<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Jamal Damon Hendrix, appearing *pro se*, and Defendants, Gloria Carpenter, Thomas Quinlan, Daniel Esquivel, Melissa Travis, Alan Richardson, ~~James~~ Jamie [IEC 07/01] Ciciliano, Denita Munster, Stephanie Ray, Emmanuel Garcia, Christopher Kalis, Debra Boone-Sharp, Ashley Herrera, George Davis, Romeo Aranas, Gunner Cardinal, Javier Maldonado, Jessica Kinterknecht, Dr. Steve Klomp, and Joshua Sasser (Defendants), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Ian E. Carr, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P.

///

1

41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this 26th day of June, 2019.   DATED this 27th day of June, 2019.

AARON D. FORD
Attorney General

By: _____  By: _____
JAMAL DAMON HENDRIX #1088418      IAN CARR, Bar No. 13840
*Plaintiff, Pro Se*               Deputy Attorney General
                                  *Attorneys for Defendants*

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE
DATED: July 1, 2019

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 1st day of July, 2019, I caused to be deposited for mailing a true and correct copy of the foregoing, CORRECTED **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

JAMAL DAMON HENDRIX #1083418
ELY STATE PRISON
PO BOX 1989
ELY, NV 89301

*Connie R. Sunde*
An employee of the
Office of the Attorney General